Opinion filed November 16, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00274-CR

_____

## KISHIA ANN MARIE HOLLAND, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 39th District Court**
**Haskell County, Texas**
**Trial Court Cause No. 7092**

## M E M O R A N D U M   O P I N I O N

Appellant, Kishia Ann Marie Holland, originally pled nolo contendere to the second-degree felony offense of possession with intent to deliver a controlled substance in penalty group one, in an amount of one gram or more but less than four grams. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(a)–(c) (West Supp. 2023). On August 4, 2021, the trial court deferred finding Appellant guilty, and

placed her on deferred adjudication for a period of six years. As conditions of her community supervision, Appellant was required to follow all state and federal laws, report to her community supervision officer, and pay a $2,000 fine and court costs.

The State subsequently filed a motion to revoke Appellant's community supervision and adjudicate guilt. On August 16, 2022, the trial court held a hearing on the State's motion to revoke, during which Appellant pled "not true" to the allegations, and the State presented evidence in support of its motion. The trial court found that Appellant violated seven conditions of her community supervision as alleged, revoked her community supervision, found her guilty, and assessed Appellant's punishment at confinement in the Institutional Division of the Texas Department of Criminal Justice for a term of nine years.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of both the clerk's record and the reporter's record. Counsel advised Appellant of her right to review the record and file a response to counsel's brief. Counsel also advised Appellant of her right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

JOHN M. BAILEY
CHIEF JUSTICE

November 16, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.